JOYCE JOHNSON, Respondent, v WALTER J. JOHNSON, Appellant.—Order unanimously affirmed with costs. Memorandum: Defendant argues on appeal that the court's order with respect to visitation was erroneous. The order on appeal continued visitation directed in the order dated January 17, 1992, which is not in the record. Thus, we are unable to review that issue. Defendant's remaining arguments on appeal concern orders from which no appeal was taken and thus those issues are not before us. (Appeal from Order of Supreme Court, Monroe County, Purple, Jr., J.—Visitation.) Present— Boomer, J. P., Pine, Lawton, Boehm and Davis, JJ.

 In the Matter of MICHAEL C., a Person Alleged to be a Juvenile Delinquent.—Order unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Petitioner concedes that Family Court, in placing respondent with the Division for Youth and in directing that the Division place respondent at Baker Hall, erred in doing so pursuant to Family Court Act § 353.3 (3) (c). We therefore modify Family Court's order to provide that respondent is placed pursuant to Family Court Act § 353.3 (4).

We have reviewed respondent's remaining contention and find it to be without merit. (Appeal from Order of Monroe County Family Court, Bonadio, J.—Juvenile Delinquency.) Present—Boomer, J. P., Pine, Lawton, Boehm and Davis, JJ.